UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| JACK HAMM, | No.   2:21-cv-00645-JDP (SS) |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Kilolo Kijakazi, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to January 10, 2022.

The policy disfavoring extensions is acknowledged; however, this is a first request and plaintiff's counsel has multiple federal court Social Security case briefs due during the intervening weeks.

Dated:  December 6, 2021                              /s/    *Jesse S. Kaplan*
                                                                  JESSE S. KAPLAN

1

                                                Attorney for Plaintiff

CHRISTOPHER HARRIS
Acting Regional Counsel, Region VI
Social Security Administration

Dated: December 6, 2021                        */s/ per e-mail authorization*

KENDALL REES
Special Assistant U.S. Attorney
Attorney for Defendant

**ORDER**

One week after the deadline to file his motion for summary judgment, plaintiff filed a stipulation to extend the court's generous 45-day timeline by an additional 49 days. The parties are reminded that failure to request an extension before the deadline may result in sanctions. For good cause shown, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to January 10, 2022. No further extensions for plaintiff will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

Dated: __December 8, 2021__        _____
                                   JEREMY D. PETERSON
                                   UNITED STATES MAGISTRATE JUDGE